USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2136 IN RE: ALFRED A. GALLANT, JR., Plaintiff, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Alfred A. Gallant, Jr. on brief pro se. ______________________ ____________________ March 4, 1997 ____________________ Per Curiam. Substantially for the reasons enumerated by __________ the district court in its "procedural order" dated September 26, 1996, the order of dismissal is summarily affirmed. See ________ ___ Loc. R. 27.1. -2-